**UNITED STATES DISTRICT COURT**

**DISTRICT OF NEVADA**

\* \* \*

| | |
|---|---|
| SEQUOIA ELECTRIC UNDERGROUND, LLC,<br><br>　　　　　Appellant,<br><br>　v.<br><br>CAPRIATI CONSTRUCTION CORP, INC., *et al.*,<br><br>　　　　　Appellees. | Case No. 2:16-cv-01560-APG<br><br>**ORDER SETTING BRIEFING SCHEDULE** |

　　　IT IS ORDERED appellant shall have period of fourteen (14) days from date of this order to file an opening brief. Counsel is reminded that the length of the brief is limited to 24 pages, pursuant to Local Rule 7-3(b). Appellees shall have fourteen (14) days after to file an answering brief. Thereafter, appellant shall have fourteen (14) days to file a final reply brief.

　　　IT IS FURTHER ORDERED that appellant shall file and serve with appellant's opening brief excerpts of the record as an appendix pursuant to Local Rule 8009(a) and Federal Rule of Bankruptcy Procedure 8009(b). Appellees may also file an appendix with appellees' brief(s) which contains required material omitted by appellant.

　　　DATED this 12th day of July, 2016.

　　　　　　　　　　　　　　　　　　　　　　　　　_____
　　　　　　　　　　　　　　　　　　　　　　　　　ANDREW P. GORDON
　　　　　　　　　　　　　　　　　　　　　　　　　UNITED STATES DISTRICT JUDGE